**Transferred case has been opened**
cmecfadmin    to: InterdistrictTransfer_ded                    03/28/2013 01:33 PM

From:   cmecfadmin@mied.uscourts.gov
To:     InterdistrictTransfer_ded@ded.uscourts.gov

```
CASE: 1:11-cv-00923

DETAILS: Case transferred from Delaware
has been opened in Eastern District of Michigan
as case 2:13-cv-11381, filed 03/28/2013.
```